D/KS Prob. 22
(Rev 06/13)

**TRANSFER OF JURISDICTION**

FILED
CLERK, U.S. DISTRICT COURT
6/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: LM DEPUTY

DOCKET NUMBER (Trans. Court)
PACTS# 366047
1083 6:14CR10021-001

DOCKET NUMBER (Rec. Court)
5:21-cr-00143 JWH

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT<br>District of Kansas | DIVISION<br>Wichita |
|---|---|---|
| Manuel Alex Munoz | NAME OF SENTENCING JUDGE<br>Honorable John W. Broomes | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 03/13/2020    TO 03/12/2025 |

OFFENSE:

Controlled Substance - Possession With Intent To Distribute in violation of 21 U.S.C. § 841(a) and (b)(1)(A), Class A Felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the Central District of California upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

  June 16, 2021          s/ John W. Broomes
    Date             United States District Judge

*This sentence may be deleted at the discretion of the transferring court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

  6/21/21            [signature]
  Effective Date          United States District Judge